UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>This document relates to:<br><br>   **C07-1057 MJJ (BZ)** | No. C04-1648 MJJ (BZ)<br><br>**ORDER RE IN CAMERA INSPECTION** |

    To assist the court's in camera inspection of the documents in dispute, Flexsys is **ORDERED** by **noon**, on **Wednesday, May 9, 2007** to file a document explaining generally the significance of the use of yellow, blue and green paper in copying the documents and whether the court can assume that the green documents, which appear to be business records, are copies of documents which have already been produced to the plaintiff.

Dated: May 7, 2007

                                                 /s/ Bernard Zimmerman
                                     Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\FLEXSYS.IN CAMERA.ORDER.wpd

1