UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION, ) ) ) ) This document relates to: ) ) C07-1057 MJJ (BZ) ) ) ) _____ ) | No. C04-1648 MJJ (BZ) (Lead Case) **ORDER RESOLVING MISCELLANEOUS DISCOVERY MATTERS** |

**IT IS HEREBY ORDERED** as follows:

1. Flexsys' motion to remove incorrectly filed documents (Doc. No. 32) is **DENIED**.

2. Flexsys' administrative motion to seal letter from the European Commission (Doc. No. 36) is **DENIED**.

3. Kuhmo's objection to the filing of the letter from the European Commission (Doc. No. 31) is **OVERRULED**.

Dated:  May 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\ORDER RE MISC.MATTERS.wpd

1