| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | DANIEL G. SWANSON, SBN 116556<br>DSwanson@gibsondunn.com |
| 3 | ANDREW Z. EDELSTEIN, SBN 218023<br>AEdelstein@gibsondunn.com |
| 4 | 333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| 5 | Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |

GIBSON, DUNN & CRUTCHER LLP
D. JARRETT ARP, pro hac vice
JArp@gibsondunn.com
ADAM J. DI VINCENZO, pro hac vice
ADiVincenzo@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V.,
AKZO NOBEL CHEMICAL INT'L, B.V., AKZO
NOBEL CHEMICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | CASE NO. M:04-cv-01648-MJJ |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |
| THIS DOCUMENT RELATES TO:<br>C-07-1057-MJJ | Old Hearing Date: May 23, 2007<br>Proposed Dates: July ~~11, 12, or~~ 13, 2007<br>Time: ~~To be set by Court~~ 2:30 p.m.<br>Place: Courtroom No. 11<br>Hon. Martin J. Jenkins |

## STIPULATION

WHEREAS, Defendants have filed a Motion to Dismiss (the "Motion") (ECF Doc. No. 477 in 04-1648; ECF Doc. No. 3 in 07-1057) the operative complaint of Plaintiff Korea Kumho Petrochemicals Co., Ltd. ("Korea Kumho") (Defendants and Korea Kumho are collectively the "Parties");

WHEREAS, the Motion is fully briefed;

WHEREAS, the Motion was set for hearing on Wednesday, May 23, 2007;

WHEREAS, on May 11, 2007, the Court vacated the May 23, 2007 hearing date and directed the Parties to "reach a stipulation on a hearing date and submit it to the Court" (ECF Doc. No. 516 in 04-1648; ECF Doc. No. 48 in 07-1057);

WHEREAS, on Wednesday, May 16, 2007, the Clerk of the Court called counsel for the Defendants and advised that the Court wishes the Motion to be heard in July; and

WHEREAS, the Parties have met and conferred regarding a hearing date and have determined that they are mutually available on July 11, 12, or 13;

**IT IS THEREFORE AGREED AND STIPULATED THAT**:

The Parties propose that the Motion be specially set for a hearing before the Court on July 11, 12, or 13, at any time that is convenient for the Court.

///

///

## ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED THAT: The hearing on Defendants' Motion to Dismiss is hereby set for July 13, 2007, at 2:30 p.m.

DATED: 5/29/2007

*[signature]*
U.S. District Court Judge

//

///

///

1

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS

MASTER DOCKET: 04-1648-MJJ/RELATES TO: 07-1057-MJJ

Gibson, Dunn & Crutcher LLP

1  Respectfully submitted,

2  DATED: May 18, 2007

3                                          GIBSON, DUNN & CRUTCHER LLP

4                                          By:_____/s/_____
                                                  Andrew Z. Edelstein
5

6  Attorneys for Defendants
   FLEXSYS AMERICA L.P., FLEXSYS N.V., AKZO
7  NOBEL CHEMICAL INT'L, B.V., AKZO NOBEL
   CHEMICALS, INC.

8  DATED: May 18, 2007                     HELLER EHRMAN LLP
9                                          ROBERT G. BADAL, SBN 81313
                                           robert.badal@hellerehrman.com
10                                         WILLIAM H. FORMAN, SBN 150477
                                           william.forman@hellerehrman.com
11                                         JEFFREY A. RICHMOND, SBN 155808
                                           jeff.richmond@hellerehrman.com
12                                         HELEN H. CHO, SBN 240531
                                           helen.cho@hellerehrman.com
13                                         BETHANY L. MARVIN, SBN 245672
                                           bethany.marvin@hellerehrman.com
14                                         355 South Hope Street
                                           Los Angeles, CA 90071-3043
15                                         Telephone:   (213) 689-0200
                                           Facsimile:   (213) 614-1868
16

17                                         By:_____/s/_____
                                                  Bethany L. Marvin
18

19                                         Attorneys for Plaintiff
                                           KOREA KUMHO PETROCHEMICAL CO., LTD.
20

21
        Per General Order No. 45, Rule X, I hereby attest that concurrence in the filing of this
22
   document has been obtained from Bethany L. Marvin.
23
                                           By:_____/s/_____
24                                                Andrew Z. Edelstein
   100227465_1.DOC
25

26

27

28
                                              2
   STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO
   DISMISS
                                           MASTER DOCKET: 04-1648-MJJ/RELATES TO: 07-1057-MJJ

Gibson, Dunn &
Crutcher LLP