UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>**This document relates to:**<br><br>C07-1057 MJJ (BZ) | No. C04-1648 MJJ (BZ)<br>(Lead Case)<br><br>**BRIEFING ORDER** |

On July 9, 2007, I held a telephonic conference to discuss the parties' ongoing discovery disputes, as referenced in plaintiff's June 29, 2007 letter and defendant's July 3, 2007 letter (Docket Nos. 55, 56). All affected parties participated through counsel. In light of the discussion on the record, **IT IS ORDERED** as follows:

1. Plaintiff is granted leave to file a Motion to Compel Discovery by **July 20, 2007**.

2. Any opposition shall be filed by **August 1, 2007**.

3. Any reply shall be filed by **August 7, 2007**.

4. If necessary, the court will schedule a hearing.

Dated: July 10, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORDER 7.9.07.wpd

1