ROBERT G. BADAL (No. 81313)
robert.badal@hellerehrman.com
WILLIAM H. FORMAN (No. 150477)
william.forman@hellerehrman.com
JEFFREY A. RICHMOND (No. 155808)
jeff.richmond@hellerehrman.com
HELEN CHO ECKERT (No. 240531)
helen.eckert@hellerehrman.com
BETHANY L. MARVIN (No. 245672)
bethany.marvin@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1.213.689.0200
Facsimile: +1.213.614.1868

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| KOREA KUMHO PETROCHEMICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> FLEXSYS AMERICA LP, et al., <br><br> Defendants. | Case No. C 07-1057 MJJ (BZ) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE THERETO** <br><br> Hearing Date: December 4, 2007 <br> Time: 9:30 a.m. <br> Place: Courtroom No. 11 <br> Hon. Martin J. Jenkins |

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT ETC.: C:07-1057(MJJ)(BZ)

# STIPULATION

**WHEREAS**, the Motion to Dismiss Plaintiff Korea Kumho Petrochemical Co., Ltd.'s ("KKPC") First Amended Complaint, filed by Defendants Flexsys America, L.P., Flexsys N.V., Akzo Nobel Chemical Int'l., B.V., and Akzo Nobel Chemicals, Inc., came on for hearing before the Court on July 13, 2007 at 2:30 p.m., and

**WHEREAS**, the Court granted Defendants' Motion to Dismiss with leave to amend by order served electronically on August 13, 2007, allowing KKPC 20 days to file a Second Amended Complaint, and

**WHEREAS**, the parties have agreed that KKPC should have one additional week to file its Second Amended Complaint, and

**WHEREAS**, the parties have also agreed to establish a reasonable briefing schedule in connection with Defendants' anticipated responses to the Second Amended Complaint,

**NOW THEREFORE**, the parties, through their respective counsel, hereby agree and stipulate as follows, and ask the Court to order accordingly:

1. KKPC shall file its Second Amended Complaint by September 12, 2007.
2. Defendants shall respond to KKPC's Second Amended Complaint by October 9, 2007.
3. If Defendants respond to KKPC's Second Amended Complaint by motion: (i) KKPC shall oppose such motion by October 30, 2007; and (ii) Defendants' reply shall be filed by November 13, 2007. The parties propose that the motion be set for a hearing before the Court on Tuesday, December 4, 2007, or at any time that is convenient for the Court.

Dated: August 28, 2007            Respectfully submitted,

HELLER EHRMAN LLP


By: ___/s/ Robert G. Badal_____
       ROBERT G. BADAL

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT ETC.: C:07-1057(MJJ)(BZ)

DATED: August 28, 2007    GIBSON, DUNN & CRUTCHER LLP

By: /s/ Andrew Z. Edelstein
ANDREW Z. EDELSTEIN

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V., AKZO NOBEL CHEMICAL INT'L, B.V., AKZO NOBEL CHEMICALS, INC.

Heller Ehrman LLP

**ORDER OF THE COURT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on any motion to dismiss that may be filed in response to the Second Amended Complaint is hereby set for December 4, 2007, at 9:30 a.m.

DATED: 9/4/2007

_____
Martin J. Jenkins
U.S. District Court Judge

**ATTESTATION OF FILER**

I, Bethany L. Marvin, attest that the content of this stipulation is acceptable to all persons required to sign the document. Further, per General Order No. 45, Paragraph X(B), I hereby attest that on August 28, 2007, I obtained concurrence in this filing from the signatories, Robert G. Badal and Andrew Z. Edelstein, and will maintain records to support this concurrence.


     /s/ Bethany L. Marvin
Bethany L. Marvin

LA 431983 v2
8/28/07 11:15 AM (42442.0002)

Heller
Ehrman LLP

5

STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT ETC.: C:07-1057(MJJ)(BZ)