GIBSON, DUNN & CRUTCHER LLP
DANIEL G. SWANSON, SBN 116556
DSwanson@gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
D. JARRETT ARP, pro hac vice
JArp@gibsondunn.com
ADAM J. DI VINCENZO, pro hac vice
ADiVincenzo@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600


Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V.,
AKZO NOBEL CHEMICALS INT'L, B.V., AKZO
NOBEL CHEMICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057-MJJ | CASE NO. M:04-cv-01648-MJJ<br><br>**STIPULATION AND [░░░░░░░░░] ORDER REGARDING BRIEFING SCHEDULE** |

## STIPULATION

*WHEREAS*, on March 11, 2008, the Court issued an order granting Plaintiff Korea Kumho Petrochemical Co., Ltd. leave to file a Third Amended Complaint within twenty days of the date of the order (ECF Doc. No. 81 in 07-1057);

*WHEREAS*, Plaintiff intends to file a Third Amended Complaint (the "TAC");

*WHEREAS*, Defendants intend to evaluate the TAC after filing and anticipate filing a Motion to Dismiss the TAC (the "MTD");

*WHEREAS*, the parties have met and conferred and agreed on a mutually convenient briefing schedule for Plaintiff's filing of a Third Amended Complaint and for Defendants' anticipated Motion to Dismiss as follows:

| | |
|---|---|
| April 18, 2008: | TAC Due |
| May 16, 2008: | MTD Due |
| June 13, 2008: | Opposition to MTD Due |
| July 3, 2008: | Reply in Support of MTD Due |
| July 22, 2008: | Hearing on MTD / or date to be determined by new assigned judge. |

*WHEREAS*, if the Court is unavailable on July 22, 2008 or elects to specially set the hearing on Defendants' Motion to Dismiss, counsel for the parties are available to attend a hearing on July 15th through July 18th and July 21st through July 25th.

**IT IS THEREFORE AGREED AND STIPULATED THAT**:

The Parties propose that: (1) Plaintiff's TAC be filed on or before April 18, 2008; (2) Defendants' MTD be filed on or before May 16, 2008; (3) Plaintiff's Opposition to the MTD be filed on or before June 13, 2008; (4) Defendants' Reply in Support of the MTD be filed on or before July 3, 2008; and (5) the hearing on the MTD be set for such date as the Court determines between July 15 and July 25.

## ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED THAT:  (1) Plaintiff's TAC be filed on or before April 18, 2008; (2) Defendants' MTD be filed on or before May 16, 2008; (3) Plaintiff's

Opposition to the MTD be filed on or before June 13, 2008; (4) Defendants' Reply in Support of the MTD be filed on or before July 3, 2008; and (5) the hearing on the MTD be set for July __, 2008 at ___:___. Any obligation on the part of any Defendant to answer the Plaintiff's complaint is suspended until after this Court's resolution of the MTD.

DATED: 3/31/2008                                          _____
                                                          U.S. District Court Judge

Respectfully submitted,

DATED:  March 25, 2008

GIBSON, DUNN & CRUTCHER LLP

By:_____/s/_____
              Andrew Z. Edelstein

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V., AKZO NOBEL CHEMICALS INT'L, B.V., AKZO NOBEL CHEMICALS, INC.

DATED:  March 25, 2008

HELLER EHRMAN LLP
ROBERT G. BADAL, SBN 81313
robert.badal@hellerehrman.com
WILLIAM H. FORMAN, SBN 150477
william.forman@hellerehrman.com
JEFFREY A. RICHMOND, SBN 155808
jeff.richmond@hellerehrman.com
HELEN H. CHO, SBN 240531
helen.cho@hellerehrman.com
BETHANY L. MARVIN, SBN 245672
bethany.marvin@hellerehrman.com
355 South Hope Street
Los Angeles, CA 90071-3043
Telephone:   (213) 689-0200
Facsimile:    (213) 614-1868

By:_____/s/_____
              Jeffrey A. Richmond

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

1  Per General Order No. 45, Rule X, I hereby attest that concurrence in the filing of this
2  document has been obtained from Jeffrey A. Richmond.

By: _____/s/_____
Andrew Z. Edelstein

100412937_1.DOC